**FILED**

MAY 30 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSHUA LEE DEPUCCI,<br><br>　　　　　Defendant. | Case No. 23-cr-00166-HSG-2  (KAW)<br><br>**ORDER FOR RELEASE FROM FEDERAL CUSTODY**<br><br>Re: Dkt. No. 70 |

The defendant having appeared before the undersigned, and in accordance with the Court's order setting conditions of release and appearance,

IT IS HEREBY ORDERED that the U.S. Marshal and/or representatives, release from federal custody the above-named defendant and the defendant is ordered to report to the Oakland Pretrial Services Office to be placed on location monitoring. Defendant is to be transported by his parents to Cherry Hill Detoxification Program located in San Leandro at 2035 Fairmont Drive, CA 94578, on May 30, 2025.

This matter is set for a status hearing on July 16, 2025, at 2:00 p.m. before Judge Haywood Gilliam, Jr..

IT IS SO ORDERED.

Dated: May 30, 2025

KANDIS A. WESTMORE
United States Magistrate Judge